**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 540 MAL 2023
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
RICKY WAYNE THOMPSON, :
:
Petitioner :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.